

Myers & Galiardo, LLP         *Attorneys at Law*

**Chrysler Building**
405 Lexington Ave. 64th Fl.
New York, NY 10174

Tel: 212-986-5900
Fax: 212-986-6250

## MEMO ENDORSED

**BY ECF**                                        November 20, 2019

Hon. Edgardo Ramos
Thurgood Marshall United States Courthouse
Southern District of New York
40 Foley Square
New York, NY, 10007

**US v. David Herring 12-cr-00228(ER)(3)**

Your Honor:

I represent David Herring on the above-mentioned matter. On April 29, 2019 by way of written submission to this Court we asked that you order the termination of post release supervision which would be finalized by operation of law June 19, 2020.

On May 7, 2019 AUSA Abigail Kurland opposed our application. Ms. Florence Duggan supervises Mr. Herring. She has communicated through counsel that she "takes no position" on early termination.

Mr. Herring was incarcerated from June 14, 2013 until April 19, 2016. He has been on post release supervision without a single violation for three years and one-half years.
Upon his release from federal prison Mr. Herring has led an exemplary life as detailed in my last communication.

If the Court is so inclined, we welcome the case be calendared to discuss this matter before Your Honor should you need more information. We look forward to hearing from the Court no matter how the Court rules.

Respectfully,
/s/ Matthew D. Myers
Matthew D. Myers
Attorney for David Herring

> On May 10, 2019, the Court denied Mr. Herring's application for early termination of his supervised release by Memo Endorsement. *See* Doc. 85. The Clerk of Court is respectfully directed to terminate the motions, Docs. 82, 86.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: November 21, 2019
> New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: November 21, 2019