

**Myers & Galiardo, LLP**                                               *Attorneys at Law*

**Chrysler Building**
405 Lexington Ave. 64th Fl.                                              Tel: 212-986-5900
New York, NY 10174                                                       Fax: 212-986-6250

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12/12/19
```

**BY ECF**                                                              December 9, 2019

Hon. Edgardo Ramos
Thurgood Marshall United States Courthouse
Southern District of New York                    **MEMO ENDORSED**
40 Foley Square
New York, NY, 10007

## US v. David Herring 12-cr-00228(ER)(3)

Your Honor:

    I represent David Herring on the above-mentioned matter. Mr. Herring has been on post release supervision without a single violation for three years.

    Mr. Herring asks permission to travel from June 27, 2020 to July 5, 2020 on Carnival Cruise Line for a family reunion leaving from Port of Miami, Florida.

    Mr. Christopher Baker supervises Mr. Herring. He has communicated through counsel that he "takes no position" on this travel request.

    Assistant US Attorney Abigail Kurland "has no objection" to the travel request.

The application is  ✓ granted.
                                __ denied.

_/s/ Edgardo Ramos_
Edgardo Ramos, U.S.D.J.
Dated: 12/12/19
New York, New York 10007

Respectfully,
/s/ Matthew D. Myers
Matthew D. Myers
Attorney for David Herring